An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CALIFORNIA TRADITIONS, INC., D/B/A SILVERSTAR DEVELOPMENT, A NEVADA CORPORATION,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,
Respondents,
and
MALACHY THOMAS COGHLAN; DIANE L. COGHLAN; SAMI S. ZAMZAM; REBEKAH H. ZAMZAM; BRUCE FONG; JOEL W. CRYER; MISTY J. BARKER-CRYER; TIMOTHY GEESEY; AND AN F. GEESEY LIVING TRUST DATED 12-21-2001, INDIVIDUALLY, AS HUSBAND AND WIFE,
Real Parties in Interest.

No. 67670

FILED

MAY 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING WRIT PETITION

On March 31, 2015, petitioner filed a notice of withdrawal of this original writ petition. The notice is construed as a motion to voluntarily dismiss the petition, and the motion is granted. Accordingly, this petition is dismissed, with the parties to bear their own fees and costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-13257

cc: Hon. Scott N. Freeman, District Judge
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Maddox, Segerblom & Canepa, LLP
Washoe District Court Clerk